# IN THE MATTER OF THE LAST WILL AND TESTAMENT OF CHARLES CURRY, DECEASED

## 1810

### JOURNAL ENTRIES

1. Application made . . . . . . . . . *Journal, infra,* *p. 307
2. Proof . . . . . . . . . . . . . . . . " 311
3. Judgment . . . . . . . . . . . . . . . " 326

### PAPERS IN FILE

[None]